IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BAILY PARKER,
on behalf of Sherry Parker                                              PLAINTIFF

V.                          NO. 3:16-CV-237-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 21st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE